UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff, § | |
| § | |
| v. § | CASE NO. A-96-CR-190(1)-JRN |
| § | |
| TONY DAVIS, § | |
|     Defendant, § | |
| and § | |
| § | |
| BBVA COMPASS BANK, CHASE § | |
| BANK, JP MORGAN CHASE BANK, § | |
| N.A., UNIVERSITY FEDERAL § | |
| CREDIT UNION, WASHINGTON § | |
| MUTUAL BANK, FA, and WELLS § | |
| FARGO BANK, N.A., § | |
|     Garnishees. § | |

**<u>ORDER</u>**

Before the Court is the request of the United States of America, Plaintiff, for a hearing on the matter of the garnishment of Defendant's assets held by JP Morgan Chase Bank, N.A., Garnishee. The Court agrees that a hearing is appropriate.

Therefore, IT IS ORDERED that a hearing is set for the ____ day of _____, 20__, at _____ o'clock __.m. in Courtroom No. __ of the United States Courthouse, 200 W. 8th Street, Austin, Texas 78701 for the purpose of the hearing of objections, if any, to the garnishment of the gold coins allegedly belonging to Defendant and contained in a safe deposit box at JP Morgan Chase Bank, N.A. in the name of Olga Myelnikova-Bell, and to any other matters concerning the garnishment of property at Chase Bank.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve notice of the hearing on the following individuals:

Tony Davis, 2103 Kemper Cove, Austin, TX 78746;

Olga Myelnikova-Bell, 2103 Kemper Cove, Austin, TX 78746 and c/o Serendipity Bridal, 2438 West Anderson Lane, Austin, TX 78757; and

Gaylan P. Davis, 6902B Thorncliffe Drive, Austin, TX 78731.

IT IS FURTHER ORDERED that counsel for the bank, Truman E. Spring, Jr., may participate in the hearing by telephone.

SO ORDERED.


Date_____                    _____
                                        JAMES R. NOWLIN
                                        SENIOR UNITED STATES DISTRICT JUDGE